UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00658-NYW

KARL TAYLOR,

    Plaintiff,

v.

CROMETRICS,

    Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Karl Taylor, by and through undersigned counsel, hereby dismisses this action with prejudice, each party to bear his or its own attorneys' fees and costs.

DATED this 7th day of May 2021.

    **HKM EMPLOYMENT ATTORNEYS LLP**

    Jesse K. Fishman
    Claire E. Hunter
    HKM Employment Attorneys LLP
    730 17th Street, Suite 750
    Denver, Colorado, 80202
    Telephone: (720) 668-8989
    Facsimile: (720) 668-8989
    jfishman@hkm.com
    chunter@hkm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2021, a true and correct copy of the foregoing **NOTICE FOR DISMISSAL WITH PREJUDICE** was filed with the Court and served via CM/ECF on the following:

Karen DuWaldt
Kiovsky/DuWaldt, LLC
1001 Bannock Street, Suite 39
Denver, Colorado 80204
Telephone: (303) 293-2301
karen@kdemploymentlaw.com
*Attorney for Defendant*

                                                  */s/ Molly Day*
                                                  Molly Day